**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 23-6166**

GRAHAM SCHIFF,

        Plaintiff - Appellant,

    v.

ANTHONY BROWN,

        Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Baltimore. Stephanie A. Gallagher, District Judge.  (1:23-cv-00209-SAG)

Submitted:  June 15, 2023                                          Decided:  June 21, 2023

Before DIAZ, RICHARDSON, and HEYTENS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Graham Harry Schiff, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Graham Harry Schiff appeals the district court's order dismissing his civil complaint for failure to state a claim. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Schiff v. Brown*, No. 1:23-cv-00209-SAG (D. Md. filed Feb. 15, 2023 & entered Feb. 16, 2023). We deny Schiff's motion to expedite, and we dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*